DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER J. KNOERINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2407
_____

March 13, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don Thomas Hall, Judge.

Walter J. Knoeringer, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.